**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT LIONELL MOORE,<br><br>  Defendant. | No. CR 03-40172 SBA<br><br>**ORDER**<br><br>[Docket No. 39] |

Before the Court is defendant Robert Lionell Moore's Motion for Default Judgement [Docket No. 39], which the Court denies for the following reasons. On May 18, 2004, defendant pled guilty to one count of Conspiracy to Possess with Intent to Distribute and Distribute Methamphetamine, 21 U.S.C. § 846. *See* Docket No. 25. On September 16, 2004, the Court sentenced him to 262 months in custody and five years supervised release. *See* Docket No. 31. On November 28, 2005, he filed a Motion requesting the Court re-sentence him under Federal Rule of Civil Procedure Rule 60(b), which the Court construed as a Motion to Correct Sentence under 28 U.S.C. § 2255 (the "§ 2255 Motion"). *See* Docket Nos. 38, 43. On January 30, 2006, he filed the Motion for Default Judgement before the Court, seeking a default judgment granting his § 2255 Motion, as the government never responded to it. *See* Docket No. 39. On September 25, 2006, however, the Court ordered the government to respond to the § 2255 Motion within 30 days, which it did on October 17, 2006. *See* Docket No. 43-44. The Court then denied the § 2255 Motion on December 4, 2006. *See* Docket No. 48. Moore moved for reconsideration, and the Court denied this motion on January 12, 2007. *See* Docket No. 50. Moore appealed, but this Court and the Ninth Circuit declined to issue him a certificate of appealability, on March 12 and July 6, 2007, respectively. *See* Docket Nos. 52, 56.

///

///

///

1  ///

2  ACCORDINGLY, the Court DENIES defendant's Motion for Default Judgement [Docket No. 39],

3  as moot.

4      IT IS SO ORDERED.

5

6      September 2, 2008                              Saundra Brown Armstrong
                                                     United States District Judge